IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| WE CARE LEGAL SERVICES, PLLC, | : | |
| Plaintiff | : | Chapter 7 |
| | : | Case No.: 21-11493-amc |
| | : | Adversary No.: |
| | : | |
| v. | : | Complaint to Determine |
| | : | Dischargability of Debt |
| ERIC STONE, | : | Pursuant to 11 U.S.C. § |
| Debtor/Defendant | : | 523 (a)(2)(A) |
| | : | |

## COMPLAINT

Plaintiff, We Care Legal Services, PLLC, bring this adversary proceeding pursuant to 42 U.S.C. 523 (19)(B)(iii), seeking an Order determining that the judgment obtained by Plaintiff against Debtor/Defendant, Eric Stone, is excepted from discharge.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 157(b)(2)(I).

2. Venue is the Eastern District of Pennsylvania is proper pursuant to 28 U.S.C. 1409 (a).

3. This Adversary Proceeding relates to *In re: Eric Stone*, No.: 21-11493-amc. Plaintiff holds a general unsecured claim against Debtor/Defendant pursuant to an Order entered in *Stone v. Stone,* Docket No.: A06-2018-60780-C entered in the Bucks County Court of Common Plea. A true and correct copy of Order issued by the Honorable, Judge Charissa Liller is appended hereto as **Exhibit "A"**.

4. The Order includes a contempt sanction in favor of Plaintiff and against Debtor/Defendant in the amount of $2500.00. Debtor/Defendant has not satisfied the contempt sanction.

## THE PARTIES

5. Plaintiff, We Care Legal Services, PLLC, represented Ms. Christina Stone in a custody action with Debtor/Defendant.

6.	Due to the determination that Debtor/Defendant willfully violated the terms of a previous Order, the Honorable, Judge Charissa Liller of Bucks County Court of Pleas held Debtor/Defendant in contempt and, as a sanction for Debtor/Defendant's conduct, assessed an award of Plaintiff's attorneys fees to be paid by Debtor/Defendant.

7.	Eric Stone is the debtor in the Bankruptcy Case now pending before this Court.

8.	Enforcement Action Defendant Eric Stone, is the former Husband of Ms. Christina Stone. Enforcement Action Defendant and Ms. Stone have three (3) children, who have been and continue to be the subject of ongoing custodial litigation in the Court of Common Pleas of Bucks County, Pennsylvania.

9.	On or about November 24, 2020, the late Honorable, Judge Susan Devlin Scott of the Bucks County Court of Common Pleas issued her Opinion and Order. A true and correct copy of Judge Scott's Opinion is appended hereto as **Exhibit "B"**. A true and correct copy of Judge Scott's Order is appended hereto as **Exhibit "C"**.

10.	Due to serious concerns regarding Enforcement Action Defendant's failure to abide by the terms of Judge Scott's November 24, 2020 Order, Ms. Stone filed a Contempt Petition on or about March 5, 2021.

11.	A hearing was held on Ms. Stone's Petition for Contempt on April 9, 2021.

12.	After the close of evidence, the Honorable, Judge Charissa Liller determined that Enforcement Action Defendant had willfully violated the terms of Judge Scott's November 24, 2020 Order and directed, as a sanction for his contempt, Enforcement Action Defendant to pay Ms. Stone's reasonable and necessary attorneys fees to Plaintiff herein.

13.	Pursuant to 11 U.S.C. (19)(B)(iii),

> [a] discharge under section 727, 1141, 1192, 1228(a), 1228(b), or 1328(b) of this title does not discharge an individual debtor from any debt
>
> > (19) that
> >
> > > (B) results, before, on or after the date on which the petition was filed, from
> > >
> > > > (iii) any court or administrative order for any damages, fine, penalty, citation, restitutionary payment, disgorgement payment, ***attorney fee***, cost, or other payment owed by the debtor.

14.	In the instant matter, Debtor/Defendant was ordered, by Judge Liller of the Court of Common Pleas of Bucks County, to pay attorneys fees before Debtor/Defendant filed the instant bankruptcy action.

15. Plaintiff's have met the statutory elements required, pursuant to 11 U.S.C. (19)(B)(iii), to establish that Debtor/Defendant's Court ordered encumbrance owed to Plaintiff is not dischargeable.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court:

A. Determine that the award of attorneys fees entered by the Honorable, Judge Charissa Liller in the amount of $2,500.00 is non-dischargeable pursuant to 11 U.S.C. (19)(B)(iii);

B. Enter judgment against the Debtor/Defendant in the amount of $2,500.00; and

C. Grant Plaintiff such other and further relief as this case may require and as this Honorable Court deems just and proper.

Respectfully submitted,

8.28.21

*[signature]*
Leslie F. Ditlow, Esquire
(PA Bar No,: 88689)
We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056
Telephone: 215-594-3960
Email:
*Attorney for We Care Legal Services, PLLC*