## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Eric Stone, | : | |
| | : | Case No. 21-11493-AMC |
| Debtor. | : | |
| WE CARE LEGAL SERVICES, PLLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adversary No. 21-00073-AMC |
| | : | |
| ERIC STONE, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, upon consideration of the Defendant Eric Stone's Motion to Dismiss

Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), as incorporated by

Bankruptcy Rule 7012 for Failure to State a Claim, and after notice and opportunity to be heard,

it is hereby

ORDERED that the Plaintiff's Complaint is DISMISSED WITH PREJUDICE. It is

further

ORDERED that the above-captioned adversary proceeding is CLOSED.

**Date: November 3, 2021**

Dated: _____       _____

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE